KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHARITA GRIFFIN,<br><br>        Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>        Defendant. | Case # 2:17-cv-249-CMK<br><br>STIPULATED EXTENSION OF TIME |

    The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have an extension of time to file Plaintiff's Opening Brief. Plaintiff's counsel unwell and has been in and out of urgent care due to the illness. As a solo practitioner, Plaintiff's counsel is unable to complete the briefing at this time. Parties stipulate to a 30-day extension. Opening Brief shall now be due on August 6, 2017.

    The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated July 10, 2017:      /s/ Kelsey M Brown
                              KELSEY MACKENZIE BROWN CA #263109
                              Mackenzie Legal, PLLC

Page 1    STIPULATION
              [1:16-CV-00572-EPG]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

1003 Whitman
Tacoma, WA 98406
(206) 300-9063
Attorney for Plaintiff

Dated July 10, 2017:		s/ KELSEY M. BROWN for Sharon Lahey
				SHARON LAHEY
				(per e-mail authorization)
				Special Assistant U.S. Attorney
				Office of the General Counsel

				Of Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's Opening brief is now due on August 6, 2017. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated:  July 26, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Page 2     STIPULATION
           [1:16-CV-00572-EPG]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063